UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **MEMORANDUM**

      -against-                                 22 Cr. 306 (KMK)

EMANUEL ALONZO MEZQUITA-CABRERA,

                        Defendant.
------------------------------------------------------------X

TO: Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the June 9, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 23, 2022
       White Plains, New York

                                                    Respectfully Submitted,

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge